IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-CV-1051-RM-KS

CAITLIN RAYMOND

    **Plaintiff.**

v.

JULIE PRUTSMAN;
PATRICK PRUTSMAN;
SEHRI JACKSON-KAISER;
JASON KAISER; and
COLIN CUNDIFF

    **Defendants.**

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that Defendants Julie Prutsman and Patrick have reached a settlement of all claims asserted amongst and between them and Plaintiff Caitlin Raymond. The dismissal documents will be forthcoming and are anticipated to be filed within the next thirty (30) days.

Respectfully submitted this 9th day of July 2024.

    /s/ *Heather . Thomas*
    Heather A. Thomas, #33203
    Hall & Evans, LLC.
    1001 17th Street, Suite 300,
    Denver, CO 80202
    thomasa@hallevans.com
    ATTORNEY FOR JULIE PRUTSMAN AND PATRICK PRUTSMAN

## CERTIFICATE OF SERVICE (CM/ECF)

      I hereby certify that on the 9th day of July 2024, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT** was filed with the Court via CM/ECF and served on all parties of record.

                                                          */s/ Natali Isakharov*
                                                          Natali Isakharov, Legal Assistant